Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Bethany Wang Balchunas
Assistant Federal Public Defender
California State Bar No. 343342
*Laura Barrera
Assistant Federal Public Defender
Michigan State Bar No. P80957
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Bethany_WangBalchunas@fd.org
Laura_Barrera@fd.org

*Attorneys for Petitioner Jhan Carlos Rondon Castellano

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Rondon Castellano Jhan Carlos,

      Petitioner,

   v.

Pamela Bondi,

      Respondent.

Case No. 2:26-cv-00124-GMN-BNW

**Unopposed Motion for Extension of Briefing Deadlines**

**(First Request)**

Petitioner Jhan Carlos Rondon Castellano hereby requests that this Court extend all briefing deadlines in this matter by three days. This is Petitioner's first request for an extension of time.

On January 27, 2026, this Court issued an order establishing a briefing schedule in this matter. ECF No. 4. Pursuant to this schedule, the deadline for filing an amended petition for writ of habeas corpus is February 10, 2026, the

deadline for filing a response to the amended petition is February 24, 2026, and the deadline for filing a reply is March 3, 2026. *Id.* at 3–4.

Counsel for Petitioner entered their appearances on February 3, 2026. ECF Nos. 7, 8. Counsel did not meet with Petitioner until February 5, 2026, and require additional time to adequately brief the issues presented in Petitioner's case.

On February 9, 2026, Petitioner's counsel conferred with Respondent's counsel, Assistant United States Attorney Virginia T. Tomova, regarding a three-day extension of time for filing the amended petition. Ms. Tomova indicated via email that she did not oppose a request for such extension so long as the deadline for filing the response to the amended petition was also extended by three days.

Accordingly, Petitioner respectfully requests that the Court amend the briefing schedule as follows: the deadline for filing an amended petition is extended from February 10, 2026, to February 13, 2026; the deadline for filing the response to the amended petition is extended from February 24, 2026, to February 27, 2026; and the deadline for filing the reply is extended from March 3, 2026, to March 6, 2026.

///

///

///

This request is made in good faith and not for the purpose of delay.

Dated February 10, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

_/s/ Bethany Wang Balchunas_
Bethany Wang Balchunas
Assistant Federal Public Defender

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _February 10, 2026_

3