TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Virginia.Tomova@usdoj.gov
*Attorneys for the Federal Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Rondon Castellano Jhan Carlos, | Case No. 2:26-cv-00124-GMN-BNW |
| Petitioner, | **Joint Stipulation for Extension of Time for Federal Respondents to File a Response to the Amended Petition for Writ of Habeas Corpus** |
| v. | |
| Pamela Bondi, et.al., | |
| Respondents. | **(First Request)** |

Petitioner Rondon Castellano Jhan Carlos ("Petitioner") and Federal Respondents Michael Bernacke, Kerri Ann Quihuis, Todd Lyons, Kristi Noem, and Pamela Bondi, ("Federal Respondents"), through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a response to the Amended Petition for Writ of Habeas Corpus ("Petition").

On February 10, 2026, this Court granted the Federal Public Defender's Unopposed Motion for Extension of Briefing Deadlines and ordered the Federal Respondents to file a response to the Amended Petition by February 27, 2026. ECF No. 12. On February 26, 2026, Federal Respondents emailed Bethany Wang Balchunas and Laura Barrera from the Federal Public Defender's Office (FPD) to request an extension to file a response to Mr. Jhan Carlos' Amended Petition due to a previously scheduled mediation the undersigned AUSA has on January 27, as well as competing deadlines the week of March 2. Ms.

Barrera from the FPD agreed to a five-day extension from February 27, 2026, to March 4, 2026, for Federal Respondents to file their response, and indicated that the FPD will likely oppose any additional extension requests.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to the Amended Petition from February 27, 2026, to March 4, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 27th day of February 2026.

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/Bethany Wang Balchunas
BETHANY WANG BALCHUNAS
Assistant Federal Public Defender
California State Bar No. 343342
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Bethany_WangBalchunas@fd.org
*Attorneys for Petitioner*

/s/ Virginia T. Tomova
VIRGINIA T. TOMOVA
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: ___February 27, 2026___

2