AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Jhan Carlos Rondon Castellano

                            JUDGMENT IN A CIVIL CASE
                Petitioner,

   v.                       Case Number: 2:26-cv-00124-GMN-BNW

Blanche et al


                Respondents.


___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**
JUDGMENT entered in favor of Petitioner, Jhan Carlos Rondon Castellano, and against Respondents, John Mattos, Michael Bernacke, Todd Lyons, Todd Blanche, Kerri Ann Quihuis, Markwayne Mullin.


05/26/2026                              DEBRA K. KEMPI
_____                 _____
Date                                    Clerk

                                         /s/ ALZ
                                        _____
                                        Deputy Clerk